# CLERK'S MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (SOUTHERN DIVISION)

### Before the Honorable Robert P. Myers, Jr.

### Detention Hearing

| Case Number: | **1:26-cr-00094-LG-BWR** | UNITED STATES vs. **Wathen** | |
|---|---|---|---|
| Hearing Date: | 7/13/2026 | Time In and Out: | 11:04 AM to 11:15 AM |
| Clerk: | SR | Courtroom: | 881 |
| Defendant: | **Martha Irene Wathen** | Defendant's Counsel: | Shon Ellerby |
| AUSA: | Hunter McCreight | Pretrial/Probation: | Matthew Sones |
| Interpreter: | N/A | DUSM(s):  Brad Nix/Sam Britt | |
| CSO: | John Dedeaux | | |

| Testimony and Evidence Presented on Behalf of the Government: | | |
|---|---|---|
| ☐ | Witness(es): | |
| ☐ | Exhibit(s): | |

| Testimony and Evidence Presented on Behalf of Defendant | | |
|---|---|---|
| ☐ | Witness(es): | |
| ☐ | Exhibit(s): | |

| Custody Status | | |
|---|---|---|
| ☐ | Defendant waived detention hearing | |
| ☒ | By agreement of the parties, defendant's hearing rescheduled for Thursday, July 16, 2026, at 10:00 a.m. before U.S. Magistrate Judge Robert P. Myers, Jr. | Defendant  remanded to custody of United States Marshal's Service pending further Order of the Court. |
| ☐ | Defendant released on bond. | $25,000 Unsecured Appearance bond. |
| ☐ | Conditions of release imposed | Order Setting Conditions of Release entered. |

| Other | | |
|---|---|---|
| ☒ | Defense counsel moved ore tenus for a continuance. Without objection by the Government, the Court granted defendant's motion. | |