**SEALED**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Southern District of Mississippi

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  1:26cr94 LG-BWR |
| Martha Irene Wathen | ) | |
| | ) | |
| | ) | |
| | ) | JUN 24 AM10:32 |
| _____ | ) | |
| Defendant | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Martha Irene Wathen(wherever found) _____,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute a Controlled Substance
Possession with Intent to Distribute a Controlled Substance (Aiding and Abetting)

Date:    06/24/2026

City and state:    Gulfport, MS

ARTHUR JOHNSTON, CLERK

*Issuing officer's signature*

J. Hough, Deputy Clerk

*Printed name and title*

FILED
JUL 13 2026
BY ARTHUR JOHNSTON
DEPUTY

### Return

This warrant was received on *(date)* 06-24-2026, and the person was arrested on *(date)* 07-09-2026
at *(city and state)* Pearlington, MS .

Date: 07-10-2026

*Arresting officer's signature*

Tchanavian Cola    HSI

*Printed name and title*