# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (SOUTHERN DIVISION)

Before the Honorable Robert P. Myers, Jr.

Detention Hearing

| Case Number: | **1:26-cr-00094-LG-BWR** | UNITED STATES vs. **Wathen** | |
|---|---|---|---|
| Hearing Date: | 7/16/2026 | Time In and Out: | 8:33 AM to 9:12 AM |
| Clerk: | SR | Courtroom: | 881 |
| Defendant: | **Martha Irene Wathen** | Defendant's Counsel: | Shon Ellerby |
| AUSA: | Stan Harris | Pretrial/Probation: | Matthew Sones |
| Interpreter: | N/A | DUSM(s): Brad Nix/Brian Alfrod | |
| CSO: | Elfren Acosta | | |

| Testimony and Evidence Presented on Behalf of the Government: | |
|---|---|
| ☒ | Witness(es): Christopher Allen, HSI Agent |
| ☒ | Exhibit(s): G-1 – Pretrial Services Report (under seal) |

| Testimony and Evidence Presented on Behalf of Defendant | |
|---|---|
| ☐ | Witness(es): |
| ☐ | Exhibit(s): |

| Custody Status | | |
|---|---|---|
| ☐ | Defendant waived detention hearing | |
| ☒ | Order of Detention entered. | Defendant remanded to custody of United States Marshal's Service pending further Order of the Court. |
| ☐ | Defendant released on bond. | $25,000 Unsecured Appearance bond. |
| ☐ | Conditions of release imposed | Order Setting Conditions of Release entered. |

| Other | |
|---|---|
| ☐ | |