IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 1:26-cr-94-LG-BWR-1

MARTHA IRENE WATHEN

# UNOPPOSED MOTION TO CONTINUE TRIAL

COMES NOW the defendant, Martha Irene Wathen, and respectfully moves this Court to continue the trial scheduled for November 30, 2026, for the following reasons and in so doing waives her right to a Speedy Trial:

I.

On July 10, 2026, Martha Irene Wathen made her initial appearance and was arraigned on the four-count indictment filed in this case. On this date, the Federal Public Defender was appointed as counsel. Trial is currently scheduled for the calendar beginning November 30, 2026, with a pretrial conference on November 17, 2026, and a change of plea notification deadline on November 9, 2026.

II.

Initial discovery was made available to the defense on August 10, 2026. However, the defense is still waiting on outstanding supplemental discovery believed to be in the possession of the government's agents and /or witnesses and is awaiting receipt of same, specifically video recordings. For the foregoing reason, the undersigned respectfully requests that the trial be continued to the next court term.

III.

The defendant submits that the requested continuance will serve the ends of justice and is

not sought for purposes of delay.

IV.

Assistant United States Attorney Erica Rose has no objection concerning the requested continuance.

WHEREFORE PREMISES CONSIDERED, the Defendant respectfully requests that her MOTION FOR CONTINUANCE be granted and for such other and further relief that the Court deems just and proper.

Respectfully requested this the 9th day of November 2026.

MARTHA IRENE WATHEN, Defendant

By: *<u>/s/NeShondria D. Ellerby</u>*

NeShondria D. Ellerby (MSB No. 104405)
Assistant Federal Public Defender
Southern District of Mississippi
2510 14th Street, Suite 902
Gulfport, MS 39501
Telephone: 228-865-1202
Facsimile: 228-867-1907
Email: shon_ellerby@fd.org

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I, NeShondria D. Ellerby, hereby certify that on this day I electronically filed the foregoing motion with the Clerk of the Court using ECF system which sent notification of such filing to the Assistant United States Attorney Erica Rose.

This the 9th day of November 2026.

*/s/NeShondria D. Ellerby*
Assistant Federal Public Defender